664 So.2d 77 (1995)
Florida Department of Transportation, Appellant,
v.
Angelo Juliano, Appellee.
No. 95-2489.
District Court of Appeal of Florida, Third District.
December 13, 1995.
Vernis & Bowling of the Florida Keys, P.A., and Natileene W. Cassel (Islamorada), for appellant.
L. Barry Keyfetz, P.A., and Bradley D. Asnis, Miami, for appellee.
Before SCHWARTZ, C.J., and BARKDULL and JORGENSON, JJ.
PER CURIAM.
Affirmed. Holmes County School Bd. v. Duffell, 651 So.2d 1176 (Fla. 1995).